UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS SNOWDEN, III,<br><br>Plaintiff,<br><br>v.<br><br>M. YULE, et al.,<br><br>Defendants. | No. 2:17-cv-2167 TLN AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed October 29, 2019, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for period of 120 days. See ECF No. 41. That order provided defendants the opportunity to request opting out of the ADR Project based on a good faith belief that a settlement conference would be unhelpful at the present time. Id. at 2. Defendants now request to opt out of the ADR Project. See ECF No. 46. Having reviewed the request, the court finds good cause to grant it.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request to opt out of the Post-Screening ADR Project, ECF No. 46, is GRANTED;

2. The stay of this action, commencing October 29, 2019, ECF No. 41, is LIFTED; and

////

1

3. Defendants shall file and serve their answer to the complaint within 21 days after the filing date of this order; thereafter, the court will set a schedule for this case.

SO ORDERED.

DATED: November 7, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE