IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CURTIS SNOWDEN, III,**<br><br>                              Plaintiff,<br><br>        **v.**<br><br>**M. YULE, et al.,**<br><br>                              Defendants. | Case No. 2:17-cv-2167 TLN AC P<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE COURT'S SCHEDULING ORDER** |

Defendants move to modify discovery cut-off and deadline for dispositive motions which were recently set by the Magistrate Judge on May 18, 2020. (ECF 65)  Good cause exists to modify the scheduling order because Defendants have diligently served discovery on plaintiff who has received an extension from the court to respond to the discovery until July 3, 2020. Further, based on the COVID-19 health crisis, state and local shelter in place orders and orders at the prison institutions limiting visits and inmate movement, Defendants may be unable to schedule or complete plaintiff's deposition by October 16, 2020.  This will also delay Defendants' ability to prepare a dispositive motion.  Defendants have timely sought the modification of the scheduling order.  There is no reason to believe Plaintiff will be prejudiced by granting Defendants motion.

/ / /

1   Considering the foregoing, IT IS HEREBY ORDERED that Defendants' motion to modify

2   the Discovery Scheduling Order, ECF No. 66, is GRANTED. The Discovery cut-off deadline is

3   extended to December 4, 2020 and the Dispositive Motion deadline is extended to March 15,

4   2021.

5   Other than plaintiff's responses to discovery due July 3, 2020, see ECF No. 65, all future

6   discovery shall adhere to the deadlines set forth in the Discovery and Scheduling Order filed

7   April 7, 2020 (ECF No. 62).

8   DATED: May29, 2020

9   _____

ALLISON CLAIRE
10  UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28