UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS SNOWDEN, III,<br><br>        Plaintiff,<br><br>   v.<br><br>M. YULE, et al.,<br><br>        Defendants. | No. 2:17-cv-2167 TLN AC P<br><br><br>ORDER |

     Plaintiff, a state prisoner proceeding pro se with this civil rights action, has filed a motion to compel discovery on the ground that defendants failed to respond to plaintiff's discovery requests. ECF No. 70. Defendants responded to the motion with an explanation that plaintiff's motion was prematurely filed and their responses were timely served. ECF No. 71. Review of the parties' filings supports defendants' calculation of the applicable deadlines and their statement that their responses were timely served. Plaintiff did not file a reply to defendants' response, indicating that he is no longer pursuing this matter.

     Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel discovery, ECF No. 70, is DENIED as moot.

DATED: October 9, 2020

                                           /s/ Allison Claire<br>
                                         ALLISON CLAIRE<br>
                                         UNITED STATES MAGISTRATE JUDGE